

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00474-CV

**IN THE INTEREST OF B.J.A.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00541
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

    In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED December 18, 2019.

Patricia O. Alvarez, Justice

---

[1] The Honorable Michael E. Mery is the presiding judge of the 37th Judicial District Court, but the Honorable Charles Montemayor, Associate Judge, heard the case and signed the final order.